---

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF COLORADO

Case number *(if known)* _____ Chapter __11__

☐ Check if this an
amended filing

---

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy          06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **ProSource Machinery, LLC** | |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **47-1883941** | |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **5044 Midland Rd. Suite B Billings, MT 59101** Number, Street, City, State & ZIP Code | **PO Box 80428 Billings, MT 59108** P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Yellowstone** County | **Location of principal assets, if different from principal place of business 4365 E 74th Ave. Commerce City, CO 80022** Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **www.prosourcemachinery.com** |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

| Debtor | **ProSource Machinery, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**7.  Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

<u>5324</u>

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | District | | When | | Case number | |
|---|---|---|---|---|---|---|
| | District | | When | | Case number | |

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

| Debtor | **ProSource Machinery, LLC** | | Case number (*if known*) | |
| | Name | | | |

List all cases. If more than 1,
attach a separate list

| | Debtor | | Relationship | |
|---|---|---|---|---|
| | District | When | Case number, if known | |

**11. Why is the case filed in this district?**   *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____
Contact name _____
Phone _____

---

**■ Statistical and administrative information**

**13. Debtor's estimation of available funds**   .   *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ■ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | **ProSource Machinery, LLC** | | Case number (*if known*) | |
|---|---|---|---|---|
| | Name | | | |

---

| | **Request for Relief, Declaration, and Signatures** |

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     **February 28, 2025**
                MM / DD / YYYY

**X  /s/ Derek Dicks**                                    **Derek Dicks**
Signature of authorized representative of debtor          Printed name

Title     **CEO / Managing Member**

---

**18. Signature of attorney**

**X  /s/ David J. Warner**                                Date   **February 28, 2025**
Signature of attorney for debtor                                 MM / DD / YYYY

**David J. Warner**
Printed name

**Wadsworth Garber Warner Conrardy, P.C.**
Firm name

**2580 West Main Street**
**Suite 200**
**Littleton, CO 80120**
Number, Street, City, State & ZIP Code

Contact phone     **303-296-1999**          Email address     **dwarner@wgwc-law.com**

**38708 CO**
Bar number and State

---

**Fill in this information to identify the case:**

Debtor name    **ProSource Machinery, LLC**

United States Bankruptcy Court for the:   DISTRICT OF COLORADO

Case number (if known)   _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration  _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **February 28, 2025**    X **/s/ Derek Dicks**
                                          Signature of individual signing on behalf of debtor

                                          **Derek Dicks**
                                          Printed name

                                          **CEO / Managing Member**
                                          Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name    **ProSource Machinery, LLC**

United States Bankruptcy Court for the:    DISTRICT OF COLORADO

Case number (if known)    _____

☐ Check if this is an
   amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                                    **12/15**

---

**Part 1:    Summary of Assets**

1.  *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
        Copy line 88 from *Schedule A/B*.......................................................................................    $ _____0.00

    1b. **Total personal property:**
        Copy line 91A from *Schedule A/B*....................................................................................    $ _____9,367,024.06

    1c. **Total of all property:**
        Copy line 92 from *Schedule A/B*.......................................................................................    $ _____9,367,024.06

---

**Part 2:    Summary of Liabilities**

2.  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................    $ _____12,557,435.12

3.  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
        Copy the total claims from Part 1 from line 5a of *Schedule E/F*.........................................................    $ _____0.00

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
        Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................    +$ _____3,210,784.51

4.  Total liabilities ..............................................................................................................................
    Lines 2 + 3a + 3b                                                                                                                        $ _____15,768,219.63

---

| Fill in this information to identify the case: |
|---|

Debtor name   **ProSource Machinery, LLC**

United States Bankruptcy Court for the:   DISTRICT OF COLORADO

Case number (if known)  _____

☐ Check if this is an
amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**     Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3.   **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Alpine Bank** | **Business Checking** | 1770 | **$51,500.00** |
| 3.2. | **US Bank** | **Business Checking** | 6745 | **$17.50** |
| 3.3. | **First Interstate Bank** | **Business Checking** | 6966 | **$1.00** |
| 3.4. | **First Interstate Bank** | **Business Checking** | 7087 | **$1.00** |
| 3.5. | **First Interstate Bank** | **Business Sweep** | 2783 | **$4,700.00** |
| 3.6. | **First Interstate Bank** | **Business Savings** | 6229 | **$1,795.00** |

4.     **Other cash equivalents** *(Identify all)*

Debtor   **ProSource Machinery, LLC**                          Case number *(If known)* _____
_____
Name

| 5. | Total of Part 1. | | $58,014.50 |
|---|---|---|---|
| | Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. | | |

**Part 2:**   **Deposits and Prepayments**

**6. Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
☑ Yes Fill in the information below.

7.      **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

7.1.   **CCS Land Holding for Commerce City Property**                          $16,500.00

7.2.   **Around Town Properties for Billings Property**                          $4,500.00

8.      **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

| 9. | Total of Part 2. | | $21,000.00 |
|---|---|---|---|
| | Add lines 7 through 8. Copy the total to line 81. | | |

**Part 3:**   **Accounts receivable**

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
☑ Yes Fill in the information below.

11.      **Accounts receivable**

| 11a. 90 days old or less: | 290,981.00 | - | 0.00 | = .... | $290,981.00 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11b. Over 90 days old: | 516,696.36 | - | 309,588.90 | =.... | $207,107.46 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 12. | Total of Part 3. | | $498,088.46 |
|---|---|---|---|
| | Current value on lines 11a + 11b = line 12.  Copy the total to line 82. | | |

**Part 4:**   **Investments**

**13. Does the debtor own any investments?**

☑ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:**   **Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
☑ Yes Fill in the information below.

| Debtor | **ProSource Machinery, LLC** | | Case number *(if known)* | | |
| | Name | | | | |

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | **Raw materials** | | | | |
| 20. | **Work in progress** | | | | |
| 21. | **Finished goods, including goods held for resale** | | | | |
| 22. | **Other inventory or supplies**<br>**Parts and Supplies** | 12/31/23 | Unknown | Cost | $416,060.72 |

| 23. | **Total of Part 5.** | | $416,060.72 |
|---|---|---|---|
| | Add lines 19 through 22.  Copy the total to line 84. | | |

24. **Is any of the property listed in Part 5 perishable?**
   ■ No
   ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
   ☐ No
   ■ Yes. Book value    7,200.00   Valuation method     Current Value    7,200.00

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

   ■ No.  Go to Part 7.
   ☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

   ☐ No.  Go to Part 8.
   ■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture**<br>**Office Furniture** | Unknown | | $3,350.00 |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software computer equipment, systems equipment, and computer software equipment.** | $25,500.00 | Liquidation | $10,500.00 |
| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

| Debtor | **ProSource Machinery, LLC** | Case number *(If known)* _____ |
|---|---|---|
| | Name | |

| | | | |
|---|---|---|---|
| 43. | **Total of Part 7.** | | **$13,850.00** |
| | Add lines 39 through 42.  Copy the total to line 86. | | |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
☐ No
■ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 8:    Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| | **General description**<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | **Net book value of debtor's interest**<br>(Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|---|
| 47. | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. | **Kenworth T380 2023 Service Truck** | **$55,706.00** | **Liquidation** | **$145,000.00** |
| 47.2. | **2023 Kenworth T370 Service Truck** | **$40,460.00** | **Liquidation** | **$125,000.00** |
| 47.3. | **Truck Ford Ranger 2021** | **$13,423.55** | **Liquidation** | **$30,000.00** |
| 47.4. | **2022 Truck Ford F150 (61306)** | **$30,710.75** | **Liquidation** | **$35,000.00** |
| 47.5. | **2022 Truck Ford F150** | **$30,710.75** | **Liquidation** | **$35,000.00** |
| 47.6. | **2024 Ford F650 VIN 1FDNF7AN5RDF09294 Installed with Ledwell-Water 2000 Gallon Water Tank** | **$93,134.00** | **Liquidation** | **$94,400.00** |
| 47.7. | **2024 Freightliner M2106 VIN 1FVHCYD25RHVA6569 Installed with Ledwell-Water 4000 Gallon Water Tank.** | **$146,011.00** | **Liquidation** | **$148,000.00** |
| 47.8. | **RA40 Rokbak K 40 Ton** | **$204,800.00** | **Liquidation** | **$297,200.00** |
| 47.9. | **RA40 Rokbak 40 Ton** | **$108,976.00** | **Liquidation** | **$308,000.00** |
| 47.10. | **Ford F650 2000 Gallon Water Truck** | **$0.00** | **Liquidation** | **$31,600.00** |
| 47.11. | **2017 Ford Escape** | **$6,584.14** | **Liquidation** | **$1,500.00** |

| Debtor | **ProSource Machinery, LLC** | | Case number *(If known)* | |
|---|---|---|---|---|
| | Name | | | |

| | | | | |
|---|---|---|---|---|
| 47.12. | Club Car XRT - 1550 | $0.00 | Liquidation | $500.00 |
| 47.13. | Truck Ford F550 | $0.00 | Liquidation | $20,000.00 |
| 47.14. | 2018 Ford Truck F150 | $0.00 | Liquidation | $20,000.00 |
| 47.15. | Truck Ford 2018 F150 | $4,399.49 | Liquidation | $20,000.00 |
| 47.16. | Truck Ford 2018 F150 | $0.00 | Liquidation | $20,000.00 |
| 47.17. | Truck Ford 2018 F150 | $11,900.00 | Liquidation | $20,000.00 |
| 47.18. | 2015 Ford Truck F550 | $5,612.89 | Liquidation | $20,000.00 |
| 47.19. | RA40 Rokbak 40 Ton | $235,080.00 | Liquidation | $320,000.00 |

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | | |
|---|---|---|---|---|
| DCA25SS14F Generator | $29,991.00 | Liquidation | $32,000.00 |
| DCA 25SS14F Generator | $29,991.00 | Liquidation | $32,000.00 |
| DCA 25SS14F Generator | $29,991.00 | Liquidation | $32,000.00 |
| DCA 25SS14F Generator | $29,991.00 | Liquidation | $32,000.00 |
| Hydrema 912GHM | $69,791.00 | Liquidation | $120,000.00 |
| Hydrema 912GHM | $70,103.00 | Liquidation | $102,000.00 |
| Excavator SANY SY500C | $77,826.00 | Liquidation | $146,800.00 |
| Excavator SANY SY365 | $65,168.00 | Liquidation | $156,000.00 |

| Debtor | **ProSource Machinery, LLC** | | Case number *(If known)* | |
|---|---|---|---|---|
| | Name | | | |

| | | | |
|---|---|---|---|
| **2024 Wacker Neuson SW28 Skid Steer SN/VIN:WNMS0602LM0000662** | $52,807.00 | Liquidation | $57,900.00 |
| **2024 Wacker Neuson ST37 Track Loader SN/VIN: WNMS0802LR0000504** | $53,810.00 | Liquidation | $58,000.00 |
| **2024 Wacker Neuson RTLx-SC3 Roller SN/VIN: WNMR0201AM0007009** | $24,792.00 | Liquidation | $25,600.00 |
| **2024 Wacker Neuson SW28 Skid Steer SN/VIN: WNMS0602AM0000627** | $49,878.00 | Liquidation | $54,700.00 |
| **2024 Wacker Neuson ST37 Track Loader SN/VIN: WNMS0802JR0000514** | $53,810.00 | Liquidation | $60,000.00 |
| **2024 Wacker Neuson RTLx-SC3 Roller SN/VIN: WNMR0201CM0007010** | $53,810.00 | Liquidation | $16,000.00 |
| **2024 Wacker Neuson SW21 Skid Steer SN/VIN: WNCS0503CPUM01072** | $49,267.00 | Liquidation | $54,000.00 |
| **2024 Wacker Neuson ST37 Track Loader SN/VIN: WNMS0802HR0000519** | $59,730.00 | Liquidation | $58,400.00 |
| **Rockland 320 Bucket** | $1,143.86 | Liquidation | $1,080.00 |
| **Frost Ripper 320** | $190.47 | Liquidation | $200.00 |
| **Forks Dieci 60 12K LB Group 3** | $1,395.41 | Liquidation | $1,320.00 |
| **Bucket Eastway 36" SY95** | $0.00 | Liquidation | $400.00 |
| **Bucket Eastway SY35 18" Dig** | $219.76 | Liquidation | $200.00 |
| **Stinger CAT 924/930938** | $0.00 | | $0.00 |
| **Stinger CAT 924/930/938** | $0.00 | | $0.00 |
| **Quick Coupler HYD Pin Grabber** | $0.00 | | $0.00 |
| **Forks Pemberton 930K Pipe** | $0.00 | Liquidation | $400.00 |
| **Bucket Fleco SY365 4YD GP** | $0.00 | Liquidation | $500.00 |
| **Bucket SANY SW405 4YD GP** | $0.00 | Liquidation | $400.00 |

Debtor **ProSource Machinery, LLC**          Case number *(If known)* _____
      Name

| | | | |
|---|---|---|---|
| Bucket Captain SY265 48" | $0.00 | Liquidation | $500.00 |
| Bucket SANY SY500 72" | $0.00 | Liquidation | $500.00 |
| Bucket SANY SY 265 36" | $0.00 | Liquidation | $500.00 |
| Breaker Soosan SQ60 | $0.00 | Liquidation | $22,788.05 |
| Breaker Soosan SQ70 | $5,173.00 | Liquidation | $25,830.00 |
| SY35 12" Dig Bucket | $0.00 | Liquidation | $120.00 |
| Bucket SANY SY135 36" | $1,809.68 | Liquidation | $1,200.00 |
| Bucket SANY SY135 42" Dig | $1,531.22 | Liquidation | $1,440.00 |
| Bucket Paladin SY215 36" Dig | $3,322.36 | Liquidation | $2,000.00 |
| Breaker Paladin SFB1500 | $0.00 | | $0.00 |
| Bucket SANY SW405 4YD GP | $6,054.68 | Liquidation | $3,600.00 |
| Breaker Soosan SQ60 | $18,770.14 | Liquidation | $6,000.00 |
| Breaker Soosan SQ70 | $25,218.57 | Liquidation | $16,000.00 |
| Breaker Soosan SQ130 | $38,788.03 | Liquidation | $36,000.00 |
| Bucket SANY SY215 42" HD Dig | $0.00 | Liquidation | $1,200.00 |
| Bucket SANY SY135 60" Grad | $0.00 | Liquidation | $500.00 |
| Steel Unltd SY60 48" Grading Bucket | $0.00 | Liquidation | $40.00 |
| Bucket Geith SY365 54" Dig | $0.00 | liquidation | $500.00 |
| SANY SY135 60" Grading Bucket | $0.00 | Liquidation | $500.00 |
| Bucket SANY SY215 60" DC PO | $3,467.45 | Liquidation | $1,200.00 |
| Forks SANY SW405 106" X 72" Hydraulic | $10,223.40 | Liquidation | $8,000.00 |

Debtor  **ProSource Machinery, LLC**
         Name

Case number *(If known)* _____

| | | | |
|---|---|---|---|
| Bucket SANY SW405 4 Yard | $9,295.87 | Liquidation | $6,000.00 |
| SANY SY500 78" Dig | $0.00 | Liquidation | $500.00 |
| GRYB SY135 SY155 36" Dig Bucket | $0.00 | Liquidation | $500.00 |
| Bucket SANY SY50/60 24" Dig | $0.00 | Liquidation | $500.00 |
| Bucket 72" SY500 | $760.70 | Liquidation | $400.00 |
| Forks SANY SW405 106X72 | $19,530.02 | Liquidation | $12,000.00 |
| Bucket SANY SY60 36" Dig | $0.00 | Liquidation | $500.00 |
| Bucket SANY SY215 36" HD Dig | $0.00 | Liquidation | $500.00 |
| SANY SY75/SY80 36" Dig | $0.00 | Liquidation | $500.00 |
| Bucket SANY SW405 4 Yard | $10,741.48 | Liquidation | $7,600.00 |
| GRYB 135-155 36" Dig | $0.00 | Liquidation | $500.00 |
| SANY SY135 60" Grad | $4,269.16 | Liquidation | $2,000.00 |
| SANY SY135 24" Dig | $0.00 | Liquidation | $500.00 |
| GRYB 135-155 36" Dig | $0.00 | Liquidation | $500.00 |
| SLB95 94" 1.25 Yard Bucket | $0.00 | Liquidation | $500.00 |
| SLB95 24" Dig | $0.00 | Liquidation | $500.00 |
| SANY SY135 60" Grad | $4,269.16 | Liquidation | $2,000.00 |
| GRYB 135-155 36" Dig | $0.00 | Liquidation | $500.00 |
| SANY SY50 18" Dig | $0.00 | Liquidation | $500.00 |
| GRYB 135-155 36" Dig | $0.00 | Liquidation | $500.00 |
| SANY SY135 24" Dig | $0.00 | Liquidation | $500.00 |

Debtor   **ProSource Machinery, LLC**          Case number *(If known)* _____
          <sub>Name</sub>

| | | | |
|---|---|---|---|
| SANY SY215 42" HD Dig | $0.00 | Liquidation | $500.00 |
| Geith SY365 36" Dig Bucket with Teeth | $0.00 | Liquidation | $500.00 |
| Bucket SANY SY60 24" Dig | $0.00 | Liquidation | $500.00 |
| Bucket SY26 24" Dig | $0.00 | Liquidation | $500.00 |
| GRYB SY135/SY155 Pin on 36" Dig | $0.00 | Liquidation | $500.00 |
| Bucket SY26 18" Dig | $0.00 | Liquidation | $500.00 |
| GRYB SY215 SY225 42" Dig Bucket | $0.00 | Liquidation | $500.00 |
| Bucket SANY SY35 18" Dig | $0.00 | Liquidation | $500.00 |
| Bucket SANY SW405 4 Yd | $0.00 | Liquidation | $500.00 |
| Paladin Carriage with 48" Forks | $938.00 | Liquidation | $400.00 |
| Paladin Carriage with 48" Fork | $1,041.73 | Liquidation | $400.00 |
| Bucket, 75" Paladin | $1,764.75 | Liquidation | $800.00 |
| Bucket, 75" Paladin | $1,764.75 | Liquidation | $800.00 |
| Geith 48" Dig Bucket | $0.00 | Liquidation | $500.00 |
| Bucket SANY SY75SY80 48" Clean Out | $0.00 | Liquidation | $500.00 |
| GRYB SY135 / SY155 Pin on 36" Dig Bucket with Teeth | $5,202.57 | Liquidation | $2,000.00 |
| SANY SY75/SY80 36" Dig Bucket | $1,423.78 | Liquidation | $600.00 |
| SANY SY75 36" Dig | $1,423.78 | Liquidation | $600.00 |
| SANY SW405 Bucket | $8,594.44 | Liquidation | $7,600.00 |
| Pressure Washer | $0.00 | Liquidation | $1,500.00 |
| Lube Skid | $0.00 | | $0.00 |

Debtor   **ProSource Machinery, LLC**           Case number *(If known)* _____
        Name

| | | | |
|---|---|---|---|
| Porta Water Cooler | $125.71 | Liquidation | $500.00 |
| Parts Washer 2840 CUDA | $471.45 | Liquidation | $1,500.00 |
| Welder Lincoln Power MIG 250 | $356.84 | Liquidation | $1,500.00 |
| Heater Flagro FVO-400 | $580.68 | Liquidation | $1,500.00 |
| Sweeper 5400 24" Front Boom | $178.10 | Liquidation | $500.00 |
| Welder Lincoln Magnum 250 | $1,380.95 | Liquidation | $2,500.00 |
| Load Bank Avtron LPH100 | $1,428.80 | Liquidation | $1,500.00 |
| Load Bank Avtron LPH100 | $1,428.80 | Liquidation | $1,500.00 |
| Flow Meter 7000 PSI | $3,263.79 | Liquidation | $1,500.00 |
| Forklift Toyota 8FGU15 3000# | $5,218.00 | Liquidation | $5,000.00 |
| Lincoln Ranger 260MPX Welder | $5,075.93 | Liquidation | $2,500.00 |
| TESAB TS1340 Tracked Scalper | Unknown | Liquidation | $202,202.10 |
| TESAB 80421 | Unknown | Liquidation | $100,169.10 |
| SANY Financed Equipment and Machines (See Exhibit A to Schedule B) | $0.00 | Liquidation | $4,235,515.30 |
| K-TEC Hitch for Rokbak | $22,147.00 | Liquidation | $20,000.00 |
| K-TEC Hitch for Rokbak | $15,595.00 | Liquidation | $20,000.00 |
| Northpointe Financed Equipment and Machines (See Exhibit B to Schedule B) | Unknown | Comparable sale | $676,305.83 |
| SANY SW305 Wheel Loader | $136,017.84 | Liquidation | $160,000.00 |
| SANY SW305K Forks 60" X 72" | $6,719.78 | Liquidation | $5,600.00 |
| Bucket SANY SY16 24" Grad | $0.00 | Liquidation | $500.00 |
| Bucket Captain SY265 48" | $0.00 | Liquidation | $500.00 |

Debtor    **ProSource Machinery, LLC**                                    Case number *(If known)* _____
          ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
          Name

51.    **Total of Part 8.**                                              | $8,360,010.38 |
       Add lines 47 through 50.  Copy the total to line 87.

52.    **Is a depreciation schedule available for any of the property listed in Part 8?**
       ☐ No
       ■ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

| Part 9: | **Real property** |

54. **Does the debtor own or lease any real property?**

    ■ No.  Go to Part 10.
    ☐ Yes Fill in the information below.

| Part 10: | **Intangibles and intellectual property** |

59. **Does the debtor have any interests in intangibles or intellectual property?**

    ■ No.  Go to Part 11.
    ☐ Yes Fill in the information below.

| Part 11: | **All other assets** |

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ■ No.  Go to Part 12.
    ☐ Yes Fill in the information below.

Debtor   **ProSource Machinery, LLC**
Name

Case number *(if known)* _____

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $58,014.50 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $21,000.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $498,088.46 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $416,060.72 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $13,850.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $8,360,010.38 | |
| 88. **Real property.** *Copy line 56, Part 9.*............................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $9,367,024.06 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $9,367,024.06 |

| Fill in this information to identify the case: |
|---|

Debtor name   **ProSource Machinery, LLC**

United States Bankruptcy Court for the:   DISTRICT OF COLORADO

Case number (if known)   _____

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property   12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1   Capital Express NY**<br>Creditor's Name<br>**405 Lexington Ave<br>Ste 900<br>New York, NY 10174**<br>Creditor's mailing address<br>**rob@rgbusch.com**<br>Creditor's email address, if known<br>**Date debt was incurred<br>2/3/25**<br>Last 4 digits of account number<br>**Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | Describe debtor's property that is subject to a lien<br>**Accounts receivable**<br><br>Describe the lien<br>**Purported Sale of Accounts Receivable**<br>**Is the creditor an insider or related party?**<br>■ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☐ No<br>■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br>**As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | $309,374.86 | $498,088.46 |
| **2.2   CIT Bank**<br>Creditor's Name<br>**155 Commerce Way<br>Portsmouth, NH 03801**<br>Creditor's mailing address<br><br>Creditor's email address, if known<br>**Date debt was incurred<br>1/27/21**<br>Last 4 digits of account number<br>**Do multiple creditors have an interest in the same property?** | Describe debtor's property that is subject to a lien<br>**2023 Kenworth T370 Service Truck**<br><br>Describe the lien<br><br>**Is the creditor an insider or related party?**<br>■ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br>**As of the petition filing date, the claim is:**<br>Check all that apply | $88,768.80 | $125,000.00 |

Debtor  **ProSource Machinery, LLC**
_____
Name                                                                    Case number (if known) _____

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **Corporation Service Company** | | Describe debtor's property that is subject to a lien | Unknown | Unknown |

Creditor's Name

**PO Boc 2576
Springfield, IL 62708**

Creditor's mailing address

**All Future Receipts**

Describe the lien

_____

**uccsprep@cscinfo..com**

Creditor's email address, if known

Is the creditor an insider or related party?

■ No
☐ Yes

Is anyone else liable on this claim?

**Date debt was incurred**

**Last 4 digits of account number**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an
interest in the same property?**

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.4 | **De Lage Landen Financial Services, Inc.** | | Describe debtor's property that is subject to a lien | Unknown | $20,786,190.94 |

Creditor's Name

**P.O. Box 2000
Johnston, IA 50131**

Creditor's mailing address

**Blanket lien on all property**

Describe the lien

_____

Creditor's email address, if known

Is the creditor an insider or related party?

■ No
☐ Yes

Is anyone else liable on this claim?

**Date debt was incurred**

**Last 4 digits of account number
2121**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an
interest in the same property?**

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **DLL Finance** | | Describe debtor's property that is subject to a lien | $224,669.00 | $202,202.10 |

Creditor's Name

**PO Box 2000
Johnston, IA 50131**

Creditor's mailing address

**TESAB TS1340 Tracked Scalper**

Describe the lien

---

Debtor **ProSource Machinery, LLC**                     Case number (if known) _____
_____
Name

_____          Is the creditor an insider or related party?
Creditor's email address, if known           ■ No
                                              ☐ Yes
**Date debt was incurred**                   **Is anyone else liable on this claim?**
**8/20/25**                                   ■ No
**Last 4 digits of account number**          ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an**            **As of the petition filing date, the claim is:**
**interest in the same property?**           Check all that apply
■ No                                          ☐ Contingent
☐ Yes. Specify each creditor,                 ☐ Unliquidated
including this creditor and its               ☐ Disputed
relative priority.

---

| 2.6 | **DLL Finance** | Describe debtor's property that is subject to a lien | $111,299.00 | $100,169.10 |
|-----|-----------------|------------------------------------------------------|-------------|-------------|

Creditor's Name                              **TESAB 80421**

**PO Box 2000**
**Johnston, IA 50131**
Creditor's mailing address                   **Describe the lien**

_____          **Is the creditor an insider or related party?**
Creditor's email address, if known           ■ No
                                              ☐ Yes
**Date debt was incurred**                   **Is anyone else liable on this claim?**
                                              ■ No
**Last 4 digits of account number**          ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an**            **As of the petition filing date, the claim is:**
**interest in the same property?**           Check all that apply
■ No                                          ☐ Contingent
☐ Yes. Specify each creditor,                 ☐ Unliquidated
including this creditor and its               ☐ Disputed
relative priority.

---

| 2.7 | **DLL Finance** | Describe debtor's property that is subject to a lien | $28,480.57 | $20,000.00 |
|-----|-----------------|------------------------------------------------------|-------------|-------------|

Creditor's Name                              **K-TEC Hitch for Rokbak**

**PO Box 2000**
**Johnston, IA 50131**
Creditor's mailing address                   **Describe the lien**

_____          **Is the creditor an insider or related party?**
Creditor's email address, if known           ■ No
                                              ☐ Yes
**Date debt was incurred**                   **Is anyone else liable on this claim?**
                                              ■ No
**Last 4 digits of account number**          ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an**            **As of the petition filing date, the claim is:**
**interest in the same property?**           Check all that apply
■ No                                          ☐ Contingent
☐ Yes. Specify each creditor,                 ☐ Unliquidated
including this creditor and its               ☐ Disputed
relative priority.

---

| Debtor | **ProSource Machinery, LLC** | | Case number (if known) | |

Name

| **2.8** | **DLL Finance** | Describe debtor's property that is subject to a lien | $31,399.20 | $20,000.00 |

Creditor's Name

**K-TEC Hitch for Rokbak**

**PO Box 2000**
**Johnston, IA 50131**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| **2.9** | **First Interstate Bank** | Describe debtor's property that is subject to a lien | $1,250,000.00 | Unknown |

Creditor's Name

**Blanket lien on all property.**

**PO Box 31193**
**Billings, MT 59107**

Creditor's mailing address

**Describe the lien**
**Non-Purchase Money Security**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

**Date debt was incurred**
**10/7/2022**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**3593**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| **2.1 0** | **First Interstate Bank** | Describe debtor's property that is subject to a lien | $150,055.68 | $145,000.00 |

Creditor's Name

**Kenworth T380 2023 Service Truck**

**PO Box 31193**
**Billings, MT 59107**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

---

Debtor   **ProSource Machinery, LLC**                                         Case number (if known) _____

Name

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** |
|---|---|
| ■ No | Check all that apply |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.1 1 | **First Interstate Bank** | **Describe debtor's property that is subject to a lien** | $137,571.40 | $102,000.00 |
|---|---|---|---|---|

Creditor's Name

**401 N 31st Street**
**Billings, MT 59102**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** |
|---|---|
| ■ No | Check all that apply |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.1 2 | **First Interstate Bank** | **Describe debtor's property that is subject to a lien** | $134,648.58 | $120,000.00 |
|---|---|---|---|---|

Creditor's Name

**401 N 31st Street**
**Billings, MT 59102**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** |
|---|---|
| ■ No | Check all that apply |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.1 3 | **First Interstate Bank** | **Describe debtor's property that is subject to a lien** | $158,122.00 | $146,800.00 |
|---|---|---|---|---|

Creditor's Name

**401 N 31st Street**
**Billings, MT 59102**

Creditor's mailing address

**Describe the lien**

Debtor  **ProSource Machinery, LLC**
_____  Case number (if known) _____
Name

_____  **Is the creditor an insider or related party?**
Creditor's email address, if known

■ No
☐ Yes
**Is anyone else liable on this claim?**

**Date debt was incurred**
**10/5/2021**  ■ No
**Last 4 digits of account number**  ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an**
**interest in the same property?**  **As of the petition filing date, the claim is:**
Check all that apply
■ No
☐ Yes. Specify each creditor,  ☐ Contingent
including this creditor and its relative  ☐ Unliquidated
priority.  ☐ Disputed

---

| | | | | |
|---|---|---|---|---|
| **2.1 4** | **First Interstate Bank** | Describe debtor's property that is subject to a lien | $143,755.86 | $156,000.00 |

**First Interstate Bank**
Creditor's Name  Describe debtor's property that is subject to a lien  $143,755.86  $156,000.00
**Excavator SANY SY365**

**401 N 31st Street**
**Billings, MT 59102**
Creditor's mailing address  **Describe the lien**

_____  **Is the creditor an insider or related party?**
Creditor's email address, if known

■ No
☐ Yes
**Is anyone else liable on this claim?**

**Date debt was incurred**  ■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**

**Do multiple creditors have an**
**interest in the same property?**  **As of the petition filing date, the claim is:**
Check all that apply
■ No
☐ Yes. Specify each creditor,  ☐ Contingent
including this creditor and its relative  ☐ Unliquidated
priority.  ☐ Disputed

---

| | | | | |
|---|---|---|---|---|
| **2.1 5** | **Ford Credit** | Describe debtor's property that is subject to a lien | $33,732.31 | $35,000.00 |

**Ford Credit**
Creditor's Name  Describe debtor's property that is subject to a lien  $33,732.31  $35,000.00
**2022 Truck Ford F150 (61306)**

**PO Box 790093**
**Saint Louis, MO 63179**
Creditor's mailing address  **Describe the lien**

_____  **Is the creditor an insider or related party?**
Creditor's email address, if known

■ No
☐ Yes
**Is anyone else liable on this claim?**

**Date debt was incurred**
**9/12/22**  ■ No
**Last 4 digits of account number**  ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an**
**interest in the same property?**  **As of the petition filing date, the claim is:**
Check all that apply

---

| Debtor | **ProSource Machinery, LLC** | Case number (if known) | |
| | Name | | |

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 6 | **Ford Credit** | Describe debtor's property that is subject to a lien | $7,305.65 | $30,000.00 |
| | Creditor's Name | **Truck Ford Ranger 2021** | | |

**PO Box 790093
Saint Louis, MO 63179**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

■ No

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred
9/28/21**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 7 | **Ford Credit** | Describe debtor's property that is subject to a lien | $33,732.31 | $35,000.00 |
| | Creditor's Name | **2022 Truck Ford F150** | | |

**PO Box 790093
Saint Louis, MO 63179**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

■ No

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred
9/29/22**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 8 | **H. Schneider & Associates, Inc. d/b/a** | Describe debtor's property that is subject to a lien | $151,380.00 | $32,000.00 |
| | Creditor's Name | **DCA25SS14F Generator** | | |

**Allied Financial Solutions
7103 Turfway Rd.
Florence, KY 41042**

Creditor's mailing address

**Describe the lien**

---

Debtor  **ProSource Machinery, LLC**
_____    Case number (if known) _____
Name

| | | |
|---|---|---|
| | **Is the creditor an insider or related party?** | |
| Creditor's email address, if known | ■ No | |
| | ☐ Yes | |
| | **Is anyone else liable on this claim?** | |
| **Date debt was incurred** | ■ No | |
| **11/21/24** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | |
| **Last 4 digits of account number** | | |
| **2758** | | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply | |
| ■ No | ☐ Contingent | |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated | |
| | ☐ Disputed | |

---

| 2.19 | **H. Schneider & Associates, Inc. d/b/a** | **Describe debtor's property that is subject to a lien** | $151,380.00 | $32,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **DCA 25SS14F Generator** | | |
| | **Allied Financial Solutions** **7103 Turfway Rd.** **Florence, KY 41042** | | | |
| | Creditor's mailing address | **Describe the lien** | | |
| | | | | |
| | | **Is the creditor an insider or related party?** | | |
| | Creditor's email address, if known | ■ No | | |
| | | ☐ Yes | | |
| | | **Is anyone else liable on this claim?** | | |
| | **Date debt was incurred** | ■ No | | |
| | | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Last 4 digits of account number** | | | |
| | **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply | | |
| | ■ No | ☐ Contingent | | |
| | ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

---

| 2.20 | **H. Schneider & Associates, Inc. d/b/a** | **Describe debtor's property that is subject to a lien** | $151,380.00 | $32,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **DCA 25SS14F Generator** | | |
| | **Allied Financial Solutions** **7103 Turfway Rd.** **Florence, KY 41042** | | | |
| | Creditor's mailing address | **Describe the lien** | | |
| | | | | |
| | | **Is the creditor an insider or related party?** | | |
| | Creditor's email address, if known | ■ No | | |
| | | ☐ Yes | | |
| | | **Is anyone else liable on this claim?** | | |
| | **Date debt was incurred** | ■ No | | |
| | | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Last 4 digits of account number** | | | |
| | **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply | | |

Debtor    **ProSource Machinery, LLC**            Case number (*if known*) _____
_____
Name

■ No
☐ Yes. Specify each creditor,
  including this creditor and its
  relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 1 | **H. Schneider & Associates, Inc. d/b/a** | **Describe debtor's property that is subject to a lien** | **$151,380.00** | **$32,000.00** |
|---|---|---|---|---|

Creditor's Name

**Allied Financial Solutions**
**7103 Turfway Rd.**
**Florence, KY 41042**

Creditor's mailing address

**DCA 25SS14F Generator**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 2 | **MHL Capital** | **Describe debtor's property that is subject to a lien** | **$100,000.00** | **$94,400.00** |
|---|---|---|---|---|

Creditor's Name

**PO Box 1106**
**Texarkana, TX 75504**

Creditor's mailing address

**2024 Ford F650 VIN 1FDNF7AN5RDF09294 Installed with Ledwell-Water 2000 Gallon Water Tank**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

☐ No

**8/14/24**

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 3 | **MHL Capital** | **Describe debtor's property that is subject to a lien** | **$182,064.72** | **$148,000.00** |
|---|---|---|---|---|

Creditor's Name

**PO Box 1106**
**Texarkana, TX 75504**

Creditor's mailing address

**2024 Freightliner M2106 VIN 1FVHCYD25RHVA6569 Installed with Ledwell-Water 4000 Gallon Water Tank.**

**Describe the lien**

---

Debtor  **ProSource Machinery, LLC**                                   Case number (if known) _____
_____
Name

| | |
|---|---|
| | **Is the creditor an insider or related party?** |
| _____ | ■ No |
| Creditor's email address, if known | ☐ Yes |
| | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ☐ No |
| **7/15/24** | ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |
| | **As of the petition filing date, the claim is:** |
| **Do multiple creditors have an interest in the same property?** | Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.2 4 | **Northpointe** | Describe debtor's property that is subject to a lien | $751,450.92 | Unknown |
|---|---|---|---|---|
| | Creditor's Name | **Northpointe Financed Equipment and Machines (See Exhibit B to Schedule B)** | | |
| | _____ | | | |
| | Creditor's mailing address | **Describe the lien** | | |
| | | | | |
| | | **Is the creditor an insider or related party?** | | |
| | _____ | ■ No | | |
| | Creditor's email address, if known | ☐ Yes | | |
| | | **Is anyone else liable on this claim?** | | |
| | **Date debt was incurred** | ■ No | | |
| | | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Last 4 digits of account number** | | | |
| | | **As of the petition filing date, the claim is:** | | |
| | **Do multiple creditors have an interest in the same property?** | Check all that apply | | |
| | ■ No | ☐ Contingent | | |
| | ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

---

| 2.2 5 | **Oakmont Capital Services** | Describe debtor's property that is subject to a lien | $60,363.35 | $57,900.00 |
|---|---|---|---|---|
| | Creditor's Name | **2024 Wacker Neuson SW28 Skid Steer SN/VIN:WNMS0602LM0000662** | | |
| | **600 Willowbrook Lane Ste 601 West Chester, PA 19382** | | | |
| | Creditor's mailing address | **Describe the lien** | | |
| | | **Purchase Money Security** | | |
| | | **Is the creditor an insider or related party?** | | |
| | _____ | ■ No | | |
| | Creditor's email address, if known | ☐ Yes | | |
| | | **Is anyone else liable on this claim?** | | |
| | **Date debt was incurred** | ☐ No | | |
| | **8/14/24** | ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Last 4 digits of account number** | | | |
| | **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply | | |

| Debtor | **ProSource Machinery, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

☑ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 6 | **Oakmont Capital Services** | Describe debtor's property that is subject to a lien | $30,112.50 | $16,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **2024 Wacker Neuson RTLx-SC3 Roller** | | |
| | **600 Willowbrook Lane** | **SN/VIN: WNMR0201CM0007010** | | |
| | **Ste 601** | | | |
| | **West Chester, PA 19382** | | | |
| | Creditor's mailing address | Describe the lien | | |
| | | **Purchase Money Security** | | |
| | | Is the creditor an insider or related party? | | |
| | | ☑ No | | |
| | Creditor's email address, if known | ☐ Yes | | |
| | | Is anyone else liable on this claim? | | |
| | **Date debt was incurred** | ☐ No | | |
| | **8/7/24** | ☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H) | | |
| | **Last 4 digits of account number** | | | |
| | **Do multiple creditors have an interest in the same property?** | As of the petition filing date, the claim is: Check all that apply | | |
| | ☑ No | ☐ Contingent | | |
| | ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

---

| 2.2 7 | **Oakmont Capital Services** | Describe debtor's property that is subject to a lien | $30,212.50 | $25,600.00 |
|---|---|---|---|---|
| | Creditor's Name | **2024 Wacker Neuson RTLx-SC3 Roller** | | |
| | **600 Willowbrook Lane** | **SN/VIN: WNMR0201AM0007009** | | |
| | **Ste 601** | | | |
| | **West Chester, PA 19382** | | | |
| | Creditor's mailing address | Describe the lien | | |
| | | **Purchase Money Security** | | |
| | | Is the creditor an insider or related party? | | |
| | | ☑ No | | |
| | Creditor's email address, if known | ☐ Yes | | |
| | | Is anyone else liable on this claim? | | |
| | **Date debt was incurred** | ☐ No | | |
| | **8/7/24** | ☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H) | | |
| | **Last 4 digits of account number** | | | |
| | **Do multiple creditors have an interest in the same property?** | As of the petition filing date, the claim is: Check all that apply | | |
| | ☑ No | ☐ Contingent | | |
| | ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

---

| 2.2 8 | **Oakmont Capital Services** | Describe debtor's property that is subject to a lien | $57,016.13 | $54,700.00 |
|---|---|---|---|---|
| | Creditor's Name | **2024 Wacker Neuson SW28 Skid Steer** | | |
| | **600 Willowbrook Lane** | **SN/VIN: WNMS0602AM0000627** | | |
| | **Ste 601** | | | |
| | **West Chester, PA 19382** | | | |
| | Creditor's mailing address | Describe the lien | | |
| | | **Purchase Money Security** | | |

Debtor    **ProSource Machinery, LLC**                                    Case number *(if known)* _____
_____
Name

| | |
|---|---|
| _____ <br> Creditor's email address, if known | **Is the creditor an insider or related party?** <br> ■ No <br> ☐ Yes |
| **Date debt was incurred** <br> **8/14/24** <br> **Last 4 digits of account number** | **Is anyone else liable on this claim?** <br> ■ No <br> ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Do multiple creditors have an interest in the same property?** <br> ■ No <br> ☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:** <br> Check all that apply <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed |

---

| 2.29 | **Oakmont Capital Services** <br> Creditor's Name <br><br> **600 Willowbrook Lane** <br> **STE 601** <br> **West Chester, PA 19382** <br> Creditor's mailing address | **Describe debtor's property that is subject to a lien** <br> **2024 Wacker Neuson ST37 Track Loader** <br> **SN/VIN: WNMS0802JR0000514** | $61,510.87 | $60,000.00 |
|---|---|---|---|---|
| | | **Describe the lien** <br> **Purchase Money Security** | | |
| | _____ <br> Creditor's email address, if known | **Is the creditor an insider or related party?** <br> ■ No <br> ☐ Yes | | |
| | **Date debt was incurred** <br> **8/14/24** <br> **Last 4 digits of account number** | **Is anyone else liable on this claim?** <br> ☐ No <br> ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Do multiple creditors have an interest in the same property?** <br> ■ No <br> ☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:** <br> Check all that apply <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | | |

---

| 2.30 | **Oakmont Capital Services** <br> Creditor's Name <br><br> **600 Willowbrook Lane** <br> **Ste 601** <br> **West Chester, PA 19382** <br> Creditor's mailing address | **Describe debtor's property that is subject to a lien** <br> **2024 Wacker Neuson ST37 Track Loader** <br> **SN/VIN: WNMS0802HR0000519** | $72,790.24 | $58,400.00 |
|---|---|---|---|---|
| | | **Describe the lien** <br> **Purchase Money Security** | | |
| | _____ <br> Creditor's email address, if known | **Is the creditor an insider or related party?** <br> ■ No <br> ☐ Yes | | |
| | **Date debt was incurred** <br> **8/14/2024** <br> **Last 4 digits of account number** | **Is anyone else liable on this claim?** <br> ☐ No <br> ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** <br> Check all that apply | | |

Debtor **ProSource Machinery, LLC**
_____ Case number (if known) _____
Name

■ No
□ Contingent
□ Yes. Specify each creditor,
□ Unliquidated
including this creditor and its relative
□ Disputed
priority.

---

| 2.3 1 | **Oakmont Capital Services** | Describe debtor's property that is subject to a lien | $60,039.24 | $54,000.00 |
|---|---|---|---|---|

Creditor's Name

**600 Willowbrook Lane
Ste 601
West Chester, PA 19382**

Creditor's mailing address

**2024 Wacker Neuson SW21 Skid Steer
SN/VIN: WNCS0503CPUM01072**

**Describe the lien**
**Purchase Money Security**
**Is the creditor an insider or related party?**
■ No
□ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
□ No
■ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**
**8/14/24**
**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply
□ Contingent
□ Unliquidated
□ Disputed

**Do multiple creditors have an
interest in the same property?**
■ No
□ Yes. Specify each creditor,
including this creditor and its relative
priority.

---

| 2.3 2 | **Oakmont Capital Services** | Describe debtor's property that is subject to a lien | $61,510.87 | $58,000.00 |
|---|---|---|---|---|

Creditor's Name

**600 Willowbrook Lane
Ste 601
West Chester, PA 19382**

Creditor's mailing address

**2024 Wacker Neuson ST37 Track Loader
SN/VIN: WNMS0802LR0000504**

**Describe the lien**
**Purchase Money Security**
**Is the creditor an insider or related party?**
■ No
□ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
□ No
■ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**
**8/14/24**
**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply
□ Contingent
□ Unliquidated
□ Disputed

**Do multiple creditors have an
interest in the same property?**
■ No
□ Yes. Specify each creditor,
including this creditor and its relative
priority.

---

| 2.3 3 | **Retail Capital LLC d/b/a Credibly** | Describe debtor's property that is subject to a lien | $137,215.20 | $498,088.46 |
|---|---|---|---|---|

Creditor's Name

**25200 Telegraph Rd
#350
Southfield, MI 48033**

Creditor's mailing address

**Future receipts**

**Describe the lien**
**Purported Sale of Accounts Receivable**

---

Debtor   **ProSource Machinery, LLC**                                    Case number (if known) _____
_____
Name

**amiller@credibly.com**                    Is the creditor an insider or related party?
_____          ■ No
Creditor's email address, if known          ☐ Yes
                                            Is anyone else liable on this claim?
**Date debt was incurred**                  ■ No
                                            ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**

**Do multiple creditors have an**           As of the petition filing date, the claim is:
**interest in the same property?**          Check all that apply
■ No                                        ☐ Contingent
☐ Yes. Specify each creditor,               ☐ Unliquidated
including this creditor and its relative    ■ Disputed
priority.

---

| 2.3 4 | **SANY Capital** | Describe debtor's property that is subject to a lien | $4,235,515.30 | Unknown |
|---|---|---|---|---|

Creditor's Name

**318 Cooper Circle**
**Peachtree City, GA 30269**
Creditor's mailing address

**Sany Financed Equipment and Machines (See Exhibit A to Schedule B)**

Describe the lien

Is the creditor an insider or related party?
■ No
☐ Yes
Creditor's email address, if known

Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**11/17/20 - Present**
**Last 4 digits of account number**

**Do multiple creditors have an**
**interest in the same property?**
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.3 5 | **Secured Lender Solutions, LLC** | Describe debtor's property that is subject to a lien | Unknown | Unknown |
|---|---|---|---|---|

Creditor's Name

**P.O. Box 80428**
**Springfield, IL 62708**
Creditor's mailing address

**Blanket lien on all property**

Describe the lien

Is the creditor an insider or related party?
■ No
☐ Yes
Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**1/27/21**
**Last 4 digits of account number**

**Do multiple creditors have an**
**interest in the same property?**

As of the petition filing date, the claim is:
Check all that apply

---

| Debtor | **ProSource Machinery, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

☐ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 6 | **Specialty Capital, LLC** | **Describe debtor's property that is subject to a lien** | $171,847.32 | $498,088.46 |
|---|---|---|---|---|
| | Creditor's Name | **Future Receipts** | | |

**69 Cutter Mill Road**
**Suite 512**
**Great Neck, NY 11021**
Creditor's mailing address

**Describe the lien**
**Purported Sale of Accounts Receivable**

**Is the creditor an insider or related party?**
☐ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an**
**interest in the same property?**
☐ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 7 | **U.S. Small Business** **Administration** | **Describe debtor's property that is subject to a lien** | $1,989,197.73 | Unknown |
|---|---|---|---|---|
| | Creditor's Name | **Blanket lien on all tangible and intangible** **personal property.  UCC-1 recorded on** **6/29/2020.** | | |

**10737 Gateway West**
**#300**
**El Paso, TX 79935**
Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
☐ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**6/17/2022**
**Last 4 digits of account number**

**Do multiple creditors have an**
**interest in the same property?**
☐ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 8 | **VFS US LLC** | **Describe debtor's property that is subject to a lien** | $388,586.57 | $297,200.00 |
|---|---|---|---|---|
| | Creditor's Name | **RA40 Rokbak K 40 Ton** | | |

**P.O. Box 26131**
**Greensboro, NC 27402**
Creditor's mailing address

**Describe the lien**

---

| Debtor | **ProSource Machinery, LLC** | | Case number (if known) | |
| --- | --- | --- | --- | --- |
| | Name | | | |

| | | **Is the creditor an insider or related party?** |
| --- | --- | --- |
| Creditor's email address, if known | | ■ No |
| | | ☐ Yes |
| | | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | | ■ No |
| **6/5/2023** | | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | | |
| | | **As of the petition filing date, the claim is:** |
| **Do multiple creditors have an interest in the same property?** | | Check all that apply |
| ■ No | | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | | ☐ Unliquidated |
| | | ☐ Disputed |

---

| 2.3 9 | **VFS US LLC** | **Describe debtor's property that is subject to a lien** | $304,564.76 | $435,904.79 |
| --- | --- | --- | --- | --- |
| | Creditor's Name | **RA40 Rokbak 40 Ton Articulated Truck - Tailgate, Heated Bed** | | |
| | **P.O. Box 26131** | | | |
| | **Greensboro, NC 27402** | | | |
| | Creditor's mailing address | **Describe the lien** | | |
| | | **Is the creditor an insider or related party?** | | |
| | | ■ No | | |
| | Creditor's email address, if known | ☐ Yes | | |
| | | **Is anyone else liable on this claim?** | | |
| | **Date debt was incurred** | ■ No | | |
| | **1/4/22** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Last 4 digits of account number** | | | |
| | | **As of the petition filing date, the claim is:** | | |
| | **Do multiple creditors have an interest in the same property?** | Check all that apply | | |
| | ■ No | ☐ Contingent | | |
| | ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

---

| 2.4 0 | **VFS US LLC** | **Describe debtor's property that is subject to a lien** | $415,001.68 | $320,000.00 |
| --- | --- | --- | --- | --- |
| | Creditor's Name | **RA40 Rokbak 40 Ton** | | |
| | **P.O. Box 26131** | | | |
| | **Greensboro, NC 27402** | | | |
| | Creditor's mailing address | **Describe the lien** | | |
| | | **Is the creditor an insider or related party?** | | |
| | | ■ No | | |
| | Creditor's email address, if known | ☐ Yes | | |
| | | **Is anyone else liable on this claim?** | | |
| | **Date debt was incurred** | ■ No | | |
| | **8/7/23** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Last 4 digits of account number** | | | |
| | | **As of the petition filing date, the claim is:** | | |
| | **Do multiple creditors have an interest in the same property?** | Check all that apply | | |

Debtor  **ProSource Machinery, LLC**
_____
Name

Case number (*if known*) _____

☐ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.

| | |
|---|---|
| | $12,557,435.12 |

**Part 2:** List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Ariel Bouskila, Esq.**<br>**Berkovitch & Bouskila, PLLC**<br>**1545 U.S. 202, Suite 101**<br>**Pomona, NY 10970** | Line **2.1** | |
| **Austin J. Miller, Esq.**<br>**1501 W. Fountainhead Pkwy.**<br>**Suite 630**<br>**Tempe, AZ 85282** | Line **2.33** | |
| **David Fogel, Esq., David Fogel, P.C.**<br>**1225 Franklin Ave.**<br>**Ste. 201**<br>**Garden City, NY 11530** | Line **2.36** | |
| **RG Busch, PLLC**<br>**PO Box 3931**<br>**Greenwood Village**<br>**Englewood, CO 80155** | Line **2.1** | |
| **U.S. Small Business Administration**<br>**c/o United States Attorney General**<br>**950 Pennsylvania Avenue NW**<br>**Washington, DC 20530** | Line **2.37** | |
| **U.S. Small Business Administration**<br>**c/o Stacey Dawes**<br>**721 19th Street**<br>**Suite 426**<br>**Denver, CO 80202** | Line **2.37** | |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **ProSource Machinery, LLC** |
| United States Bankruptcy Court for the: | DISTRICT OF COLORADO |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ■ No. Go to Part 2.

    ☐ Yes. Go to line 2.

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3.  List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|
| **3.1** | Nonpriority creditor's name and mailing address<br>**American Express**<br>**PO Box 60189**<br>**City of Industry, CA 91716**<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$5,558.30** |
| **3.2** | Nonpriority creditor's name and mailing address<br>**Anderson Industrial**<br>**PO BOX 561246**<br>**Denver, CO 80256**<br><br>**Date(s) debt was incurred**  2/5/2025<br><br>**Last 4 digits of account number**  3890 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$3,238.70** |
| **3.3** | Nonpriority creditor's name and mailing address<br>**Associated General Contractors**<br>**PO BOX 913429**<br>**Denver, CO 80204**<br><br>**Date(s) debt was incurred**  4/4/2024<br><br>**Last 4 digits of account number**  6550 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$1,000.00** |
| **3.4** | Nonpriority creditor's name and mailing address<br>**Auctiontime**<br>**PO Box 85673**<br>**Lincoln, NE 68501**<br><br>**Date(s) debt was incurred**  1/9/2025<br><br>**Last 4 digits of account number**  0830 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$17,621.00** |

51109

| Debtor | ProSource Machinery, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$86,021.29** |
|---|---|---|---|

**Bank of America**
**PO Box 660441**
**Dallas, TX 75266-0441**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Basis for the claim:  **Business credit card**

Last 4 digits of account number  **1001**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$29,137.45** |
|---|---|---|---|

**BottomLine Concepts LLC**
**3323 NE 163rd Street**
**North Miami Beach, FL 33160**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/28/2023**

Basis for the claim:  **Employee Retention Credit Processing**

Last 4 digits of account number  **5870**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,800.00** |
|---|---|---|---|

**BS Trucking**
**117 Seventh Ave**
**Wiggins, CO 80654**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/14/2024**

Basis for the claim: _

Last 4 digits of account number  **6440**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,200.00** |
|---|---|---|---|

**Bunker Logistics Inc**
**101 W Ilex Ct**
**Milliken, CO 80543**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **6/24/2024**

Basis for the claim: _

Last 4 digits of account number  **6620**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,794.91** |
|---|---|---|---|

**CASCADE ENGINE CENTER LLC**
**18435 OLYMPIC AVE S**
**SEATTLE, WA 98188**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/3/2025**

Basis for the claim: _

Last 4 digits of account number  **3270**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**CCS Land Acquisition, LLC**
**1600 W Harvard Ave**
**Englewood, CO 80110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/14/2024**

Basis for the claim:  **Property Rents**

Last 4 digits of account number  **5020**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$146,982.64** |
|---|---|---|---|

**Chase**
**PO Box 6294**
**Carol Stream, IL 60197-6294**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business credit card**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | ProSource Machinery, LLC | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

**3.12** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$46.82**

**COLORADO SPRINGS UTILITIES**
**PO BOX 340**
**Colorado Springs, CO 80901**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/24/2024**

Basis for the claim: _

Last 4 digits of account number  **5190**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.13** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$19,161.64**

**Commerce City**
**7887 East 60th Avenue**
**Commerce City, CO 80022-4199**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/18/25**

Basis for the claim:  **Taxes Owed**

Last 4 digits of account number  **4564**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.14** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,800.00**

**Construction Equipment Guide**
**470 Maryland Drive**
**Fort Washington, PA 19034**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/16/2024**

Basis for the claim: _

Last 4 digits of account number  **6430**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.15** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$23,543.36**

**Craig Manufacturing LTD.**
**96 McLean Ave**
**Hartland, NB E7P 2K5**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **6/29/2024**

Basis for the claim:  **Trade Debt**

Last 4 digits of account number  **6770**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.16** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Credibly**
**Lawsuit**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  _

Basis for the claim: _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.17** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,505.81**

**CUMMINS SALES & SERVICE**
**PO BOX 772639**
**Detroit, MI 48277**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/17/2025**

Basis for the claim: _

Last 4 digits of account number  **2400**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.18** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$843.00**

**Design Master Building Systems Inc  dba**
**6600 Hesper Road**
**Billings, MT 59106**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/1/2025**

Basis for the claim: _

Last 4 digits of account number  **7130**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **ProSource Machinery, LLC** | | Case number *(if known)* | |
| | Name | | | |

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,634.84** |
|---|---|---|---|
| | **DFS SOLUTIONS**<br>**3980 PREMIER DRIVE**<br>**High Point, NC 27265** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **4/30/2024** | Basis for the claim: _ | |
| | Last 4 digits of account number  **3790** | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,207.26** |
|---|---|---|---|
| | **DIECI UNITED STATES, LLC**<br>**PO BOX 741**<br>**WYALUSING, PA 18853** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **2/11/2025** | Basis for the claim: _ | |
| | Last 4 digits of account number  **1030** | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$825.00** |
|---|---|---|---|
| | **E-BUILT CRANE SERVICES, LLC**<br>**PO BOX 740147**<br>**Arvada, CO 80006** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **1/15/2025** | Basis for the claim: _ | |
| | Last 4 digits of account number  **7140** | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,029.95** |
|---|---|---|---|
| | **Equipment Share.com, Inc**<br>**PO Box 650429**<br>**Dallas, TX 75265** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **1/15/2025** | Basis for the claim: _ | |
| | Last 4 digits of account number  **6970** | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$23,746.72** |
|---|---|---|---|
| | **FAE USA**<br>**5321 Rafe Banks Dr.**<br>**Flowery Branch, GA 30542** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **12/29/2023** | Basis for the claim:  **Trade Debt** | |
| | Last 4 digits of account number  **6260** | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$759.32** |
|---|---|---|---|
| | **FedEx Freight**<br>**Dept CH PO Box 10306**<br>**Palantine, IL 72602** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **10/23/2024** | Basis for the claim: _ | |
| | Last 4 digits of account number  _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$11,159.41** |
|---|---|---|---|
| | **FELCO INDUSTRIES**<br>**3660 GRANT CREEK RD**<br>**MISSOULA, MT 59808** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **5/17/2024** | Basis for the claim:  **Trade Debt** | |
| | Last 4 digits of account number  **0190** | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| Debtor | ProSource Machinery, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $46,329.69 |
|---|---|---|---|

**First Interstate Bank**
**401 N 31st Street**
**Billings, MT 59102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business credit card**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $350,000.00 |
|---|---|---|---|

**First Interstate Bank**
**401 N 31st Street**
**Billings, MT 59102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/7/2022**

Last 4 digits of account number  **0967**

Basis for the claim:  **Business Debt: Line of Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,925.00 |
|---|---|---|---|

**FOXTEX INC.**
**PO BOX 129**
**WORDEN, MT 59088**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/7/2024**

Last 4 digits of account number  **3280**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,423.00 |
|---|---|---|---|

**Groupe R.Y. Beaudoin Inc.**
**1400 Bd Pierre-Roux E**
**Victoriaville QC G6T 2T7**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,423.00 |
|---|---|---|---|

**GRYB**
**1400 Bouland Pierre-Roux Est**
**Victoriaville, Quebec**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **6/14/2023**

Last 4 digits of account number  **4680**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,900.00 |
|---|---|---|---|

**HI-BALL TRUCKING, INC.**
**PO BOX 80325**
**Billings, MT 59108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/21/2025**

Last 4 digits of account number  **0240**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,065.00 |
|---|---|---|---|

**HI-PLAINS LEASING, INC**
**5395 NEWPORT ST**
**Commerce City, CO 80022**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/29/2024**

Last 4 digits of account number  **7040**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **ProSource Machinery, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.33 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$20,925.48** |
|---|---|---|---|

**High Plains Distributing**
**319 S. Buchanan Street**
**Laramie, WY 82070**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  8/19/2024

Basis for the claim:  **Trade Debt**

Last 4 digits of account number  6850

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.34 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$14,015.52** |
|---|---|---|---|

**HYDREMA US INC**
**4515 HEMINGWAY TRAIL**
**CUMMING, GA 30041**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  10/17/2024

Basis for the claim:  **Trade Debt**

Last 4 digits of account number  3540

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.35 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,124.55** |
|---|---|---|---|

**IBS OF METRO DENVER**
**6201 EAST 49TH DRIVE**
**COMMERCE CITY, CO 80022**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  1/13/2025

Basis for the claim:  _

Last 4 digits of account number  2700

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.36 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,490.44** |
|---|---|---|---|

**J & M TIRE, LLC**
**156 Garden Ave**
**Billings, MT 59101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  1/23/2025

Basis for the claim:  _

Last 4 digits of account number  6250

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.37 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$655.12** |
|---|---|---|---|

**K-TEC Distributors LLC**
**164 2nd Avenue East, Box 257**
**Rosenort, Manitoba R0G1K0**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/17/2024

Basis for the claim:  _

Last 4 digits of account number  5140

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.38 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,395.00** |
|---|---|---|---|

**Machinery Trader**
**PO Box 85673**
**Lincoln, NE 68501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  10/23/2024

Basis for the claim:  _

Last 4 digits of account number  5770

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.39 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,549.00** |
|---|---|---|---|

**McDonald Farms Enterprise Inc**
**7440 East I 25 Frontage RD**
**Erie, CO 80516**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/10/2024

Basis for the claim:  _

Last 4 digits of account number  7110

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **ProSource Machinery, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$21,521.96** |
|---|---|---|---|

**Midland Bank / Elan Financial Services**
PO Box 790408
St Louis, MO 63179

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Credit Card**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$590.52** |
|---|---|---|---|

**NAPA AUTO PARTS - BILLINGS**
5320 SOUTHGATE DR
Billings, MT 59101

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  1/27/2025

Last 4 digits of account number  1900

Basis for the claim:  **NONPRIORITY**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$13,000.00** |
|---|---|---|---|

**NORCO CPA'S**
6500 W 29TH ST, STE 260
GREELEY, CO 80634

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  9/17/2024

Last 4 digits of account number  3500

Basis for the claim:  **Professional Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$14,188.70** |
|---|---|---|---|

**OPEN DOOR TECHNOLOGY INC**
200, 7710-5 ST SE
CALGARY, AB T2H 2L9

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2/13/2025

Last 4 digits of account number  2480

Basis for the claim:  **Trade Debt, ERP System**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10,058.69** |
|---|---|---|---|

**Power Motive Corporation**
5000 Vasquez Blvd
Denver, CO 80216

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  8/20/2024

Last 4 digits of account number  5180

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,324.32** |
|---|---|---|---|

**PURVIS INDUSTRIES**
402 N 14TH STREET
Billings, MT 59101

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  1/9/2025

Last 4 digits of account number  1990

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$914.43** |
|---|---|---|---|

**Q Performance LLC**
151 S Whittier
Wichita, KS 67207

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  5/6/2024

Last 4 digits of account number  5850

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| Debtor | **ProSource Machinery, LLC** |
| | Name |

Case number (*if known*) _____

---

**3.47** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$418.00**

Record360 Inc
PO BOX 103987
Pasadena, CA 91189

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/30/2025**

Basis for the claim: _

Last 4 digits of account number  **7200**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.48** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$398.00**

RITCHIE BROTHERS
4000 PINE LAKE RD
LINCOLN, NE 68516

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/20/2024**

Basis for the claim: _

Last 4 digits of account number  **0420**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.49** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$51,714.20**

Rockland Manufacturing Company
PO Box 5
Bedford, PA 15522

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **8/8/2024**

Basis for the claim:  **Trade Debts**

Last 4 digits of account number  **3860**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.50** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,674.51**

Romac Industrial - Summit Supply
LB 130101
Minneapolis, MN 55480

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/30/2025**

Basis for the claim: _

Last 4 digits of account number  **5200**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.51** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$141,335.00**

SHANGHAI EASTWAY INTL TRADE LTD
Room 802, Block B, 18 Taolin Road
Shanghai   00020-0135

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **8/25/2023**

Basis for the claim:  **Trade Debt**

Last 4 digits of account number  **2000**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.52** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,500.00**

SOOSAN USA, INC
1261 WILEY RD, UNIT B
SCHAUMBURG, IL 60173

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7/26/2024**

Basis for the claim: _

Last 4 digits of account number  **2520**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.53** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,492.50**

Standard Resources of CO LLC
PO Box 425
La Salle, CO 80645

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **6/18/2024**

Basis for the claim: _

Last 4 digits of account number  **3690**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor **ProSource Machinery, LLC**                                    Case number (if known) _____
      Name

| | | |
|---|---|---|
| **3.54** | **Nonpriority creditor's name and mailing address**<br>**Star Industries**<br>**401 Garland Dr**<br>**Haltom City, TX 76117**<br><br>Date(s) debt was incurred **6/12/2024**<br>Last 4 digits of account number **6650** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$2,055.50** |
| **3.55** | **Nonpriority creditor's name and mailing address**<br>**THUESEN LANDSCAPE LLC**<br>**PO BOX 20378**<br>**Billings, MT 59104**<br><br>Date(s) debt was incurred **2/14/2025**<br>Last 4 digits of account number **5270** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$645.00** |
| **3.56** | **Nonpriority creditor's name and mailing address**<br>**TITAN TRUCKING, INC**<br>**4932 S. ROBB WAY**<br>**Littleton, CO 80127**<br><br>Date(s) debt was incurred **1/3/2025**<br>Last 4 digits of account number **3630** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$7,860.00** |
| **3.57** | **Nonpriority creditor's name and mailing address**<br>**U.S. Small Business Administration**<br>**10 W. 15th St.**<br>**Suite 100**<br>**Helena, MT 59626**<br><br>Date(s) debt was incurred **6/17/2022**<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Business Debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$2,000,000.00** |
| **3.58** | **Nonpriority creditor's name and mailing address**<br>**UNI INTERNATIONAL**<br>**100 COREY AVE**<br>**ST PETERSBURG, FL 33706**<br><br>Date(s) debt was incurred **7/26/2024**<br>Last 4 digits of account number **2050** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$3,067.33** |
| **3.59** | **Nonpriority creditor's name and mailing address**<br>**US Bank**<br>**PO Box 790408**<br>**Saint Louis, MO 63179**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Business credit card**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$9,053.71** |
| **3.60** | **Nonpriority creditor's name and mailing address**<br>**WAGNER EQUIPMENT CO.**<br>**18000 SMITH RD**<br>**AURORA, CO 80011**<br><br>Date(s) debt was incurred **12/19/2024**<br>Last 4 digits of account number **2780** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Trade Debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$36,856.41** |

Debtor **ProSource Machinery, LLC**
Name

Case number (if known) _____

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $780.15 |
|---|---|---|---|
| | **Whisler Bearings and Drives - Denver** | ☐ Contingent | |
| | **PO Box 7623** | ☐ Unliquidated | |
| | **Colorado Springs, CO 80933** | ☐ Disputed | |
| | Date(s) debt was incurred  9/20/2024 | | |
| | | Basis for the claim: _ | |
| | Last 4 digits of account number  5730 | | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,497.36 |
|---|---|---|---|
| | **XPO LOGISTICS FREIGHT, INC** | ☐ Contingent | |
| | **29559 NETWORK PLACE** | ☐ Unliquidated | |
| | **CHICAGO, IL 60673-1559** | ☐ Disputed | |
| | Date(s) debt was incurred  7/9/2024 | | |
| | | Basis for the claim: _ | |
| | Last 4 digits of account number  2060 | | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

## Part 3:   List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Alex W. Hamman** **2075 Central Avenue** **Suite 4** **Billings, MT 59102** | Line  3.15 ☐ Not listed. Explain ____ | _ |
| 4.2 | **U.S. Small Business Administration** **c/o United States Attorney General** **950 Pennsylvania Avenue NW** **Washington, DC 20530** | Line  3.57 ☐ Not listed. Explain ____ | _ |
| 4.3 | **U.S. Small Business Administration** **c/o Stacey Dawes** **721 19th Street** **Suite 426** **Denver, CO 80202** | Line  3.57 ☐ Not listed. Explain ____ | _ |

## Part 4:   Total Amounts of the Priority and Nonpriority Unsecured Claims

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. $ | 0.00 |
| **5b. Total claims from Part 2** | 5b. + $ | 3,210,784.51 |
| **5c. Total of Parts 1 and 2** Lines 5a + 5b = 5c. | 5c. $ | 3,210,784.51 |

Official Form 206 E/F            Schedule E/F: Creditors Who Have Unsecured Claims            Page 10 of 10

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **ProSource Machinery, LLC** |
| United States Bankruptcy Court for the: | DISTRICT OF COLORADO |
| Case number (if known) | |

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal  Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Month to month lease for Billings Property.** |
| | State the term remaining | |
| | List the contract number of any government contract | **Around Town Properties LLC 2817 Lewis Ave Billings, MT 59102** |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for Commerce City property.** |
| | State the term remaining | |
| | List the contract number of any government contract | **CCS Land Acquisition, LLC 4365 E 74th Ave Commerce City, CO 80022** |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | |
| | List the contract number of any government contract | **K-Tec 164 2nd Avenue East Box 257 Rosenort, MB R0G1W0 Canada** |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | |
| | List the contract number of any government contract | **Rokbak 304 Volvo Way Shippensburg, PA 17257** |

Debtor 1  **ProSource Machinery, LLC**

First Name    Middle Name    Last Name

Case number *(if known)* _____

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.5. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **SANY**<br>**319 Cooper Circle**<br>**Peachtree City, GA 30269** |
| 2.6. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Tesab**<br>**9 Gortush Industrial Estate**<br>**Omagh, Co.**<br>**Tyrone, Northern Ireland, BT78 5EJ** |
| 2.7. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Wacker Neuson**<br>**N92 W15000 Anthony Ave**<br>**WI 53053** |

**Fill in this information to identify the case:**

Debtor name     **ProSource Machinery, LLC**

United States Bankruptcy Court for the:     DISTRICT OF COLORADO

Case number (if known)     _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                                              12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| Name | Mailing Address | Name | Check all schedules that apply: |
| 2.1  **Derek Dicks** | | **MHL Capital** | ■ D  __2.22__<br>☐ E/F _____<br>☐ G _____ |
| 2.2  **Derek Dicks** | | **MHL Capital** | ■ D  __2.23__<br>☐ E/F _____<br>☐ G _____ |
| 2.3  **Derek Dicks** | | **Oakmont Capital Services** | ■ D  __2.25__<br>☐ E/F _____<br>☐ G _____ |
| 2.4  **Derek Dicks** | | **Oakmont Capital Services** | ■ D  __2.26__<br>☐ E/F _____<br>☐ G _____ |
| 2.5  **Derek Dicks** | | **Oakmont Capital Services** | ■ D  __2.27__<br>☐ E/F _____<br>☐ G _____ |

Debtor  **ProSource Machinery, LLC**                              Case number *(if known)* _____

| | Additional Page to List More Codebtors |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | Column 2: **Creditor** | |
|---|---|---|
| 2.6    **Derek Dicks** | **Oakmont Capital Services** | ■ D ___**2.29**___<br>☐ E/F _____<br>☐ G _____ |
| 2.7    **Derek Dicks** | **Oakmont Capital Services** | ■ D ___**2.30**___<br>☐ E/F _____<br>☐ G _____ |
| 2.8    **Derek Dicks** | **Oakmont Capital Services** | ■ D ___**2.31**___<br>☐ E/F _____<br>☐ G _____ |
| 2.9    **Derek Dicks** | **Oakmont Capital Services** | ■ D ___**2.32**___<br>☐ E/F _____<br>☐ G _____ |
| 2.10   **Derek Dicks** | **Capital Express NY** | ■ D ___**2.1**___<br>☐ E/F _____<br>☐ G _____ |
| 2.11   **Derek Dicks** | **Specialty Capital, LLC** | ■ D ___**2.36**___<br>☐ E/F _____<br>☐ G _____ |
| 2.12   **Derek Dicks** | **SANY Capital** | ■ D ___**2.34**___<br>☐ E/F _____<br>☐ G _____ |

| Fill in this information to identify the case: |
|---|

Debtor name  **ProSource Machinery, LLC**

United States Bankruptcy Court for the:  DISTRICT OF COLORADO

Case number (if known)  _____

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

### Part 1:  Income

1.  **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2025** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$1,145,945.00** |
| **For prior year:**<br>From  **1/01/2024** to **12/31/2024** | ■ Operating a business<br>☐ Other _____ | **$10,005,744.00** |
| **For year before that:**<br>From  **1/01/2023** to **12/31/2023** | ■ Operating a business<br>☐ Other _____ | **$11,353,315.00** |

2.  **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

### Part 2:  List Certain Transfers Made Before Filing for Bankruptcy

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

Debtor   **ProSource Machinery, LLC**                                   Case number *(if known)*

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1. **Hi-Ball Trucking, Inc.**<br>PO Box 80325<br>Billings, MT 59108 | 11/27/204;12/<br>11/204/2/112<br>025 | $10,900.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.2. **Specialty Equipment Ins Ser**<br>1 S Wacker Dr.<br>Sutie 2180<br>Chicago, IL 60606 | 12/20/24;12/2<br>/24 | $14,035.39 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.3. **ARA Insurance**<br>102 NW Parkway Rd<br>Kansas City, MO 64150 | 2/10/25 | $8,849.09 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |
| 3.4. **SANY America, Inc.**<br>318 Cooper Circle<br>Peachtree City, GA 30269 | 12/31/24;<br>1/6/25;<br>1/15/25;<br>1/20/25;<br>1/20/25 | $389,059.26 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.5. **Bureau Veristas**<br>PO Box 847921<br>Dallas, TX 75284-7921 | 12/17/24;<br>12/16;24;<br>12/17/24 | $4,978.26 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.6. **Open Door Technology, Inc.**<br>200, 7710-5 St. NE<br>Calgary AB T2H 2L9 | 1/27/25 | $9,234.50 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.7. **Soosan USA, Inc.**<br>1261 Wiley Rd.<br>Unit B<br>Schaumburg, IL 60173 | 1/10/25 | $7,696.46 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.8. **Geith Int'l Ltd.**<br>PO Box 74007380<br>Chicago, IL 60674-7380 | 12/27/24;<br>1/16/25 | $28,075.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |

Debtor    **ProSource Machinery, LLC**                                    Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.9. **Wagner Equipment Co.** 18000 Smith Rd. Aurora, CO 80011 | 1/9/25 | $9,564.17 | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.10. **Cascade Engine Center** | 11/27/24; 12/23/2024; 12/23/24 | $5,859.78 | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.11. **Titan Trucking, Inc.** 4932 S. Robb Way Littleton, CO 80127 | 1/15/25 | $7,730.00 | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.12. **Anderson Industrial** PO Box 561246 Denver, CO 80256 | 11/26/24; 12/10/24; 12/30/24; 12/31/24; 2/4/25 | $7,541.32 | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.13. **CCS Land Acquisition, LLC** 1600 W. Harvard Ave. Englewood, CO 80110 | 11/27/24; 11/29/24; 12/2/24; 12/16/ 24; 12/9/24; 12/23/24; 12/31/24; 1/16/25; 1/17/25; 1/20/25; 1/24/25; 1/31/25; 2/10/25; 2/14/25; | $61,016.77 | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.14. **West Direct Oil** PO Box 8651 Carol Stream, IL 60197 | 12/2/24; 12/11/24; 1/9/25; 2/19/25 | $14,790.40 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.15. **JCT Trucking LLC** 2150 E. I. Rd Ballantine, MT 59006 | 12/20/24 | $66,000.00 | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other___ |

Debtor    **ProSource Machinery, LLC**                              Case number *(if known)*

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.16. **Associated Employers Group Benefit Plan** PO Box 81087 Billings, MT 59108 | 1/31/25; 1/21/25 | $13,653.24 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ■ Services ☐ Other__ |
| 3.17. **Around Town Properties, LLC** 2817 Lewis avenue Billings, MT 59102 | 12/31/24 | $13,000.00 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other__ |
| 3.18. **Ledwell & Son Enterprises, Inc.** 3300 Waco Street Texarkana, TX 75501 | 12/4/24; 12/9/24; 12/12/24; 12/15/24 | $54,535.74 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ■ Services ☐ Other__ |
| 3.19. **Wacker Neuson** N92 WI5000 Anthony Avenue | 12/30/24 | $14,362.50 | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other__ |
| 3.20. **Elementary Business Inc.** PO Box 50301 Denton, TX 76206 | 11/27/24; 11/27/24; 12/23/24; 1/14/25; 1/24/25; 2/3/25; 2/10/25 | $34,585.41 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ■ Services ☐ Other__ |
| 3.21. **Supporting Strategies** 39 Beryls Way Kennebunkport, ME 04046 | 1/21/25; 1/24/25; 2/14/25 | $3,375.00 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ■ Services ☐ Other__ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
|  |  |  |  |

| Debtor | **ProSource Machinery, LLC** | Case number *(if known)* | |

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Derek Dicks**<br><br>**CEO / Managing Member** | **7/5/24;<br>9/16/24;<br>10/2/24;<br>10/9/24;<br>10/10/24;<br>10/15/24;<br>10/18/24;<br>1/23/24;** | **$13,796.77** | **Expense Reimbursement** |

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| **Volvo Financial<br>PO Box 26131<br>Greensboro, NC 27402** | **Rokbak RA40 Truck ROKA1290C00141068** | **2/10/25** | **$375,000.00** |
| **Volvo Financial<br>PO Box 26131<br>Greensboro, NC 27403** | **Rokbak RA40 Truck ROKA12900C00141079** | **2/10/25** | **$375,000.00** |

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:   Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **Capital Express NY v. ProSource Machinery, LLC and Derek Dicks**<br>**2025CV30417** | **Civil - Domestication of Foreign Judgment in the total amount of $309,374.86** | **Disrict Court, City and County of Denver<br>1437 Bannock St.<br>Denver, CO 80202** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.2. **Retail Capital LLC, dba Credibly v. ProSource Machinery, LLC and Derek Dicks**<br>**CV2025-001680** | **Civil: Breach of Contract and Breach of Personal Guaranty** | **Maricopa County Superior Court<br>201 W. Jefferson Street<br>Phoenix, AZ 85003** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

Debtor    **ProSource Machinery, LLC**                                              Case number *(if known)*

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.3. | **Specialty Capital, LLC v. ProSource Machinery LLC and Derek Michael Dicks**<br>**20231227096** | **Civil: Judgment for $171,847.32.** | **Monroe County, NY Supreme Court**<br>**99 Exchange Blvd**<br>**#545**<br>**Rochester, NY 14614** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. | **High Plains Distributing LLC v. ProSource Machinery, LLC** | **Pending lawsuit for $20,925.48** | | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.5. | **Craig Manufacturing LTD v. ProSource Machinery, LLC**<br>**DV-56-2025-0000218-AU** | **Civil** | **Montana 13th Judicial Dist. Yellowstone** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

---

**Part 4:    Certain Gifts and Charitable Contributions**

9.  **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|
| **Ranger hail damage**<br>**Insurance repair completed 2/20/25 - All proceeds paid diretly to repair shop** | | **2021** | **Unknown** |

---

**Part 6:    Certain Payments or Transfers**

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|

Debtor   **ProSource Machinery, LLC**                                                    Case number *(if known)* _____

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Wadsworth Garber Warner Conrardy PC 2580 W. Main Street Suite 200 Littleton, CO 80120** | **Retainer** | | **$40,000.00** |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
   List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
   Do not include transfers already listed on this statement.

   ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
   List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

   ■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| Part 7: | Previous Locations |
|---|---|

14. **Previous addresses**
   List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

   ☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | **16256 Hwy 85 Platteville, CO 80651** | **12/39/20-12/31/22** |
| 14.2. | **3788 Wheeling St. Denver, CO 80239** | **8/23/21-6/30/22** |
| 14.3. | **5930 Paonia Ct. Colorado Springs, CO 80915** | **9/22/22-8/31/24** |

| Part 8: | Health Care Bankruptcies |
|---|---|

15. **Health Care bankruptcies**
   Is the debtor primarily engaged in offering services and facilities for:
   - diagnosing or treating injury, deformity, or disease, or
   - providing any surgical, psychiatric, drug treatment, or obstetric care?

   ■ No. Go to Part 9.
   ☐ Yes. Fill in the information below.

Debtor   **ProSource Machinery, LLC**                                        Case number *(if known)*

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| | | |

---

**Part 9:   Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
☑ Yes. Does the debtor serve as plan administrator?

    ☐ No Go to Part 10.
    ☑ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| **401(k)** | EIN: |

Has the plan been terminated?
☑ No
☐ Yes

---

**Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| | | | | |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | |

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| **LifeSpace Storage Units 5705 N Garfield Ave Loveland, CO 80538** | **Seasonal** | **None** | ☐ No ☑ Yes |

Debtor    **ProSource Machinery, LLC**                                          Case number *(if known)*

---

**Part 11:**    **Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

    ■ None

---

**Part 12:**    **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

    ■ No.
    ☐ Yes. Provide details below.

    | Case title Case number | Court or agency name and address | Nature of the case | Status of case |
    | --- | --- | --- | --- |

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

    ■ No.
    ☐ Yes. Provide details below.

    | Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
    | --- | --- | --- | --- |

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

    ■ No.
    ☐ Yes. Provide details below.

    | Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
    | --- | --- | --- | --- |

---

**Part 13:**    **Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

    ■ None

    | Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
    | --- | --- | --- |

26. **Books, records, and financial statements**
    26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
        ☐ None

---

Debtor    <u>**ProSource Machinery, LLC**</u>                    Case number *(if known)* _____

| Name and address | Date of service From-To |
|---|---|
| 26a.1. **SBW & Associates**<br>**428 Alan Rd.**<br>**Powell, WY 82435** | **2014-Present** |
| 26a.2. **Felicia Fairbanks**<br>**c/o SBW Associates**<br>**428 Alan Rd.**<br>**Powell, WY 82435** | **2/13/25-5/31/24** |
| 26a.3. **Denise Kinker** | **7/29/24-Present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1. **Norcos CPA's**<br>**6500 29th St.**<br>**Suite 260**<br>**Gill, CO 80624** | **2021 - Present** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Derek Dicks** | | **CEO / Managing Member** | **100%** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

| Debtor | **ProSource Machinery, LLC** | Case number *(if known)* | |
|---|---|---|---|

- ■ No
- ☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
   Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

- ☐ No
- ■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Derek Dicks** | **$181,219.36 for expense reimbursement; salary draw; and payroll** | **2/24-2/25** | |
| | **Relationship to debtor**<br>**Owner** | | | |
| 30.2. | **Austin Dicks** | **$79,130.73 for vehicle allowance; expense reimbursement; and payroll** | **3/14/24-2/18/25** | |
| | **Relationship to debtor**<br>**Owner's Son** | | | |
| 30.3. | **Corie Dicks** | **$45,509.14 for payroll and reimbursements** | **2/29/24;**<br>**3/15/24;**<br>**3/29/24;**<br>**4/15/24;**<br>**4/30/24;**<br>**5/15/24;**<br>**5/31/24;**<br>**6/14/24;**<br>**6/28/24;**<br>**7/15/24;**<br>**7/31/24;**<br>**8/15/24;**<br>**8/30/24;**<br>**9/13/24;**<br>**10/15/24;**<br>**10/31/24;**<br>**11/15/24;**<br>**11/29/24;**<br>**12/13/24;**<br>**12/31/24;**<br>**1/15/24;**<br>**1/31/24;**<br>**2/14/25** | |
| | **Relationship to debtor**<br>**Owner's Wife** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

- ■ No
- ☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

Debtor   **ProSource Machinery, LLC**                            Case number *(if known)*

---

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

   ■ No
   ☐ Yes. Identify below.

   | Name of the pension fund | Employer Identification number of the pension fund |
   |---|---|
   | | |

---

**Part 14:**   **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result 1 fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **February 28, 2025**

**/s/ Derek Dicks**                                      **Derek Dicks**
Signature of individual signing on behalf of the debtor      Printed name

Position or relationship to debtor   **CEO / Managing Member**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

# United States Bankruptcy Court
## District of Colorado

In re  **ProSource Machinery, LLC**

Debtor(s)

Case No.

Chapter  **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|

**-NONE-**

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **CEO / Managing Member** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **February 28, 2025**

Signature  **/s/ Derek Dicks**

**Derek Dicks**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

## United States Bankruptcy Court
### District of Colorado

In re   **ProSource Machinery, LLC**

Debtor(s)

Case No. _____

Chapter   **11**

## VERIFICATION OF CREDITOR MATRIX

I, the CEO / Managing Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **February 28, 2025**

**/s/ Derek Dicks**

**Derek Dicks**/**CEO / Managing Member**
Signer/Title